# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO.  24-cr-00005-KMW |
| | : | |
| | : | |
| JABREEL MARTIN | : | |

## ORDER DISMISSING ARREST WARRANT

This matter having come before the Court during the Sentencing hearing held for this defendant on May 14, 2024; and the Government having made oral application for dismissal of the Arrest Warrant issued in this case on June 14, 2024 (Dkt. No. 82); and the Court having found just cause for same, hereby ORDERS that on this **14th** day of **May**, **2026**, the Arrest Warrant entered on June 14, 2024 (Dkt. No. 82) is **DISMISSED**.

KAREN M. WILLIAMS
U.S. DISTRICT JUDGE